# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Official Committee of Asbestos Claimants,** | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 3:21-cv-00151-RJC |
| vs. | ) ) | |
| **Bestwall LLC,** Defendant(s). | ) ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 10, 2021 Order.

May 10, 2021

_____
Frank G. Johns, Clerk
United States District Court